UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| BRIAN THOMPSON | ) | |
| ELIZABETH THOMPSON | ) | BANKRUPTCY CASE 09-14972 |
| | ) | Chapter 7 |
| DEBTORS. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

    Claim #2    Merchants Retail Credit Association, Inc.    $4.29
                      Med&Den Business Bureau of Allen Co.
                      P.O. Box 11285
                      333 E. Washington Blvd.
                      Fort Wayne, IN  46857

Total Check Amount =  $4.29

                                          Respectfully submitted,

                                          /s/ Dustin M. Roach
                                          Dustin M. Roach, Chapter 7 Trustee
                                          436 East Wayne Street
                                          Fort Wayne, Indiana   46802
                                          Telephone: 260-424-8132
                                          dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of December, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                          /s/ Dustin M. Roach
                                          Dustin M. Roach, Trustee